**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUN - 3 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| THE HASKELL COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NUMBER 1:05CV01110 |
| ) | |
| UNITED STATES DEPARTMENT ) Civil A | JUDGE: Rosemary M. Collyer |
| OF JUSTICE, and ) | |
| ALBERTO R. GONZALES, in his official ) | DECK TYPE: FOIA/Privacy Act |
| capacity as Attorney General, ) | |
| ) | DATE STAMP: 06/03/2005 |
| Defendants. ) | |
| ) | |

### CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for The Haskell Company, certify that to the best of my knowledge and belief, that The Haskell Company is a privately held company with no parent companies, subsidiaries, or affiliates which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

DATED: June 1, 2005

Tenley A. Carp, D.C. Bar No. 432491
Attorney for Plaintiff, The Haskell Company

McGuireWoods LLP
Washington Square Building, Suite 1200
1050 Connecticut Avenue N.W.
Washington, DC 20036-5317
Tel: 202.857.1741
Fax: 202.828.2969

\\COR\429355.1