**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **THE HASKELL COMPANY** | ) | |
| **111 Riverside Avenue** | ) | |
| **Jacksonville, Florida 32202** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.  05-1110 (RMC)** |
| | ) | |
| **UNITED STATES DEPARTMENT** | ) | |
| **OF JUSTICE** | ) | |
| **950 Pennsylvania Avenue, N.W.** | ) | |
| **Washington, D.C. 20530-0001** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **ALBERTO GONZALEZ, in his** | ) | |
| **official capacity as Attorney General** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| _____ | ) | |

**NOTICE OF ATTORNEY APPEARANCE**

The Clerk of the Court will please enter the appearance of Special Assistant United States

Attorney Julia K. Douds as counsel for Defendants in the above-captioned case.


_____/s/_____
JULIA K. DOUDS
Special Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 514-5134
Julia.Douds@usdoj.gov