UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HASKELL COMPANY  )<br>  )<br>  )<br>**Plaintiff,**  )<br>  )<br>v.  )<br>  )<br>U.S. DEPARTMENT OF JUSTICE, *et. al.*  )<br>  )<br>  )<br>**Defendants.**  )<br>  )<br>_____) | Civil Action No. 05-1110 (RMC) |

**DEFENDANTS' FIRST MOTION FOR AN ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendants, through counsel, the United States Attorney for the District of Columbia, in the above-captioned case hereby move, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, for a two week enlargement of time within which to file an answer, or otherwise respond to Plaintiff's Complaint to July 19, 2005. Defendants' response is currently due on July 5, 2005.

In order to comply with Local Rule 7(m), the undersigned contacted counsel for Plaintiff by telephone on June 28, 2005, and Plaintiff intends to oppose this motion.

This case seeks redress for Defendants' alleged failure to comply with the Freedom of Information Act, 5 U.S.C. §552. Plaintiff further alleges that Defendants have violated the Administrative Procedures Act, 5 U.S.C. §§ 701-706. Defendants anticipate filing a dispositive motion in lieu of an answer. To that end, the undersigned has been working with Agency Counsel to determine how best to respond, and Agency Counsel is in the process of preparing a

declaration and collecting supporting documentation in support of a dispositive motion. However, Agency Counsel is currently and will be out of the office until July 6, 2005, contributing to the need for extra time. This motion is sought in good faith and Defendants are working as expeditiously as possible to respond to Plaintiff's complaint

WHEREFORE, based on the foregoing, Defendants respectfully request an extension of time to and including July 19, 2005, to answer or otherwise respond to Plaintiff's Complaint.

June 29, 2005.                                   Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　KENNETH L. WAINSTEIN, D.C. BAR # 451058
　　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　R. CRAIG LAWRENCE, D.C. BAR # 171538
　　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney


　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JULIA K. DOUDS
　　　　　　　　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　　　　　Civil Division
　　　　　　　　　　　　　　　　　　　　　　　　　555 4th Street, N.W.
　　　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C.  20530
　　　　　　　　　　　　　　　　　　　　　　　　　(202) 514-5134
　　　　　　　　　　　　　　　　　　　　　　　　　Julia.Douds@usdoj.gov