UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **THE HASKELL COMPANY** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1110 (RMC) |
| | ) | |
| U.S. Department of Justice, *et. al.* | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**ORDER**

UPON CONSIDERATION of the motion by Defendants for an enlargement of time to answer or otherwise respond to the complaint, and the entire record in this case, it is this \_\_\_\_\_ day of _____, 2005,

ORDERED that the due date for Defendants to answer, move, or otherwise respond to the Complaint is hereby extended to and including July 19, 2005.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Julia Douds
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530

Tenley A. Carp
McGuire Woods, LLP
1050 Connecticut Avenue, N.W.
Suite 1200
Washington, DC 20036-5317