UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE HASKELL COMPANY** )<br>)<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**U.S. DEPARTMENT OF JUSTICE,** *et. al.* )<br>)<br>)<br>**Defendants.** )<br>)<br>_____) | Civil Action No. 05-1110 (RMC) |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S OPPOSITION TO DEFENDANTS'
MOTION FOR AN ENLARGEMENT OF TIME**

On June 29, 2005, Defendants moved for an enlargement of time to July 19, 2005, to answer or otherwise respond to Plaintiff's complaint. Defendant's answer is currently due on July 5, 2005. While not wishing to clutter the Court's docket, because Plaintiff's Opposition to Defendants' Motion for An Enlargement of Time confuses several facts, Defendants submit the following to clarify the record:

1. The Government's Counsel was not involved in Plaintiff's initial FOIA request to the Federal Bureau of Prisons. The Government's Counsel did not become involved until the U.S. Attorney's Office was served with Plaintiff's complaint on June 3, 2005.

2. Plaintiff has confused the Government's Counsel with Agency Counsel. It is Agency Counsel and not the Government's Counsel who is unavailable until July 6, 2005. The Government's Counsel is proceeding as promptly as practicable to

      complete a response, however, as is typical in FOIA actions, in formulating a response, the Government's Counsel must rely on information (e.g. declarations) from the Agency, thus, Agency Counsel's absence from the work is contributing to the need for additional time.

3. Plaintiff's FOIA request appears to have been ripe for civil litigation in January 2005. However, Plaintiff waited nearly five months to file this civil action, thus, the additional two weeks which the Government requests to file a response is neither excessive nor unreasonable, nor will it unfairly prejudice any party.

4. Finally, Plaintiff's alternative date of July 8, 2005, for Defendants to respond does not grant the undersigned sufficient time to prepare a dispositive motion. Therefore, in the interest of justice and to aid the Court in the efficient resolution of this case, the undersigned respectfully requests a two-week enlargement until July 19, 2005, to respond to Plaintiff's complaint.

WHEREFORE, based on the foregoing, Defendants respectfully request an extension of time to and including July 19, 2005, to answer or otherwise respond to Plaintiff's Complaint.

July 1, 2005.                                  Respectfully submitted,

 

KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

 

R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

_____
JULIA K. DOUDS
Special Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530
(202) 514-5134
Julia.Douds@usdoj.gov