UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

The Haskell Company          )
                             )
            Plaintiff,       )
                             )
        v.                   )   Case Number: 1:04CV01180-CKK
                             )
U.S. Department of Justice,  )
            et. al.          )
                             )
            Defendants.      )
_____)

### DECLARATION OF RUTHLEE GOWINS

1.  I, Ruthlee Gowins, do hereby declare and state the following:
I am a Paralegal Specialist for the Federal Bureau of Prisons
(BOP), Freedom of Information Act/Privacy Act (FOIA/PA)
Section, in the BOP's Central Office.  In this position, I
have access to the records of requests made under the FOIA/PA.  I
base this declaration on my review of those records.

2.  On March 18, 2004, McGuire Woods, counsel for the plaintiff,
electronically submitted a FOIA request to the BOP for twelve
distinct documents relating to construction of Federal
Correctional Institution (FCI) Yazoo City.  This request
was assigned FOIA request number 2004-04904.  **See** Attachment A.

3.  Through communicks with the Construction and Contract
Section of the BOP it was estimated that it would take a staff
member 2,950 hours to search for responsive records.  It was also
estimated that approximately 10,000 pages of documents would be
responsive to the request and require duplication.

4.  On May 13, 2004, Plaintiff's Attorney was notified that the
request would involve a lengthy search for responsive records.
Specifically, it was estimated it would involve a search by
professional personnel of 2,950 hours and that the request would

involve the duplication of 10,000 pages of documents. Plaintiff was further notified that an advance payment of $83,600.00 was required or they could narrow the scope of their request. They were given thirty (30) days to make a decision. **See** Attachment B.

5.    In response to the BOP's fee letter dated May 13, 2004, plaintiff submitted a letter to the FOIA office dated June 11, 2004, and received by this FOIA office on June 16, 2004. Plaintiff, requested that no further action be taken by the FOIA Department at that time as they intended to amend their FOIA request. **See** Attachment C

6.    On July 15, 2004, Plaintiff submitted an amended request to the BOP's FOIA office dated July 7, 2004. In this request plaintiff asked for 10 distinct documents. **See** Attachment D

7.    In response to the plaintiff modification of their original request I communicated with the Construction and Contracting Section of the BOP to determine what, if any, fees may apply. It was estimated it will take 1,550 hours of staff time to search through documents for responsive records. Further, it was estimated that a duplication of 7000 pages could be involved.

8.    On October 20, 2004, the BOP responded to Plaintiff's amended FOIA request with another fee letter. This fee letter notified the plaintiff that the request would involve a lengthy search for responsive documents. It was estimated that it would take approximately 1,550 hours of search time by professional personnel to locate responsive records. Further, the response letter explained that an estimated duplication cost for more than 7000 pages of documents would apply. The total cost for the processing of the request will be $44,100.00. In the response letter plaintiff was advised that they can narrow the scope of

there request or make an advance payment.  **See** Attachment E

9.    On November 9, 2004 this FOIA Office received a third letter from plaintiff in response to BOP's letter dated October 20, 2004.  In this letter Plaintiff acknowledge receipt of amended fee letter.  Plaintiff asked that they be provided a listing of the volume of documents, a statement of the number of hours that the BOP anticipates for each individual requestor in alternative, the means to review the documents personally, at the BOP's location.  Plaintiff never asked for the fees to be waived.  **See** Attachment F

10.    Plaintiff's November 9, 2004, letter did not comply with the Agency's response letter which required either an advancement of fees or modification of the request.

11.    On January 4, 2005, the FOIA office received a copy of Plaintiff's appeal letter addressed to the Office of Information and Privacy (OIP).  **See** Attachment G. Contact with the appeals office revealed that plaintiff filed their appeal on December 17, 2004.  Plaintiff's appeal was assigned appeal number 2005-0634.  Plaintiff's appeal requested the BOP be ordered to provide estimated number of boxes and file drawers to be searched for responsive documents; the estimated amount of time it would take to answer each individual request and permit them to perform the review.  The appeal did not request a fee waiver.  This appeal was closed on July 12, 2005.  **See** Attachment H.

12.  The fees were estimated, therefore any amount charged over the actual cost would have been returned.  The requester would have been notified in writing of the adjustment and the difference.

Pursuant to Title 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Executed this __18__ day of __July__ , 2005.

_____
Ruthlee Gowins
Paralegal Specialist
Federal Bureau of Prisons

## <u>Attachment A</u>

*2004-04904*

**From:**      "Howell, Stephanie C." <schowell@mcguirewoods.com>
**To:**        "'ogc_efoia@bop.gov'" <ogc_efoia@bop.gov>
**Date:**      Thu, Mar 18, 2004 11:12 AM
**Subject:**   Form posted from Microsoft Internet Explorer.

1=March 18, 2004
2=Stephanie C. Howell, CLA, McGuire Woods, LLP
address1=50 North Laura Street
address2=Suite 3300
city=Jacksonville
state=FL
zip=32202
email=schowell@mcguirewoods.com
telephone=904-798-3292
fax=904-798-3207
S1=The facilities referenced in this FOIA
request are:

1. FCI Yazoo City
(referred to as the "Older Facility")
Post Office Box 5050
Yazoo City, Mississippi 39194
Facility Code: YAZ


2. FCI Yazoo City
(referred to as the "Newer Facility")
4570 Racetrack Road
Post Office Box 47
Yazoo City, Mississippi 39196


Documents Requested:

1.      Any and all soil reports or
soil information of any kind relating
to either of the above facilities.

2.      Any and all geotechnical
reports relating to either of the above
facilities.

3.      Any and all Requests for
Proposals relating to either of the
above facilities.

4.      All correspondence, memoranda,
transmittals or electronic mail to or
from any contractor regarding the soils
at either of the above facilities.

5.      All correspondence, memoranda,
transmittals or electronic mail to or
from any contractor regarding rain or
weather delays at the Older Facility.

6.    All correspondence, memoranda, transmittals or electronic mail to or from any third party regarding differing site conditions, weather delays, changed conditions, muddy conditions or claims based on soil conditions related to the Older Facility.

7.    Any and all correspondence, memoranda, transmittals or electronic mail to or from Construction Management Support Services, including but not limited specifically to W.G. Yates and Sons Construction Company relating to the sols at either of the above facilities.

8.    Any and all change orders granting extensions for time for differing site conditions, changed conditions, weather delays, muddy conditions or soil conditions related to the Older Facility.

9.    Any and all change orders granting additional compensation for differing site conditions, changed conditions, muddy conditions or claims based on soil conditions related to the Older Facility.

10.    Any and all design documents related to or referencing the soils at either of the above facilities.

11.    Any and all memoranda, handwritten notes or e-mails referencing or related in any way to any claims made by any contractor concerning soils at either of the above facilities, including claims based on differing site conditions, changed conditions, muddy conditions or claims based on soil conditions.

12.    Any and all bids submitted on either of the above facilities including but not limited to all bid correspondence, bid reviews or bid analysis or Federal Bureau of Prison Estimates of cost of the work.

Requestor2=Commercial news=

No=Expedited
S2=
setfees=
fees=between $25 and $250
description=

**<u>Attachment B</u>**

U.S. Department of Justice

Federal Bureau of Prisons

MAY 13 2004

ATTN: FOI/PRIVACY OFFICE

---

Stephanie C. Howell
CLA, McGuire Woods, LLP
50 North Laura Street
Suite 3300
Jacksonville, FL 32202

Washington DC 20534
For Further Inquiry Contact:
Federal Bureau of Prisons
320 First Street, N.W.
Room 841, HOLC Building
Washington, D.C. 20534

RE: Request No. 2004-04904

Dear Ms. Howell:

This letter is in response to your Freedom of Information Act (FOIA) request for the facilities referenced below:

    1) FCI Yazoo City
       (Referred to as the "Older Facility")
       Post Office Box 5050
       Yazoo City, Mississippi 39194
       Facility Code: YAZ

    2) FCI Yazoo City
       (Referred to as the "Newer Facility")
       4570 Racetrack Road
       Post Office Box 47
       Yazoo City, Mississippi 39196

Further, you requested the following information:

1) Any and all soil reports or soil information of any kind relating to either of the above facilities.

2) Any and all geotechnical reports relating to either of the above facilities.

3) Any and all Requests for Proposals relating to either of the above facilities.

4) All correspondence, memoranda, transmittals or electronic mail to or from any contractor regarding the soils at either of the above facilities.

5) All correspondence, memoranda, transmittals or electronic mail to or from and contractor regarding rain or weather delays at the Older facility.

6) All correspondence, memoranda, transmittals or electronic mail to or from any third party regarding differing site conditions, weather delays, changed conditions, muddy conditions or claims based on soil conditions related to the Older Facility.

7) Any and all correspondence, memoranda, transmittals or electronic mail to or from Construction Management Support Services, including but not limited specifically to W.G. Yates and Sons Construction Company relating to the soils at either of the above facilities.

8) Any and all change orders granting extensions for time for differing site conditions, changed conditions, weather delays, muddy conditions or soil conditions related to the Older Facility.

9) Any and all change orders granting additional compensation for differing site conditions, changed conditions, muddy conditions or claims based on soil conditions related to the Older Facility.

10) Any and all design documents related to or referencing the soils at either of the above facilities.

11) Any and all memoranda, handwritten notes or e-mails referencing or related in any way to any claims made by any contractor concerning soils at either of the above facilities, including claims based on differing site conditions, changed conditions, muddy conditions or claims based on soil conditions.

12) Any and all bids submitted on either of the above facilities including but not limited to all bid correspondence, bid reviews or bid analysis or Federal Bureau of Prison Estimates of cost of the work.

It has been determined your request will involve a lengthy search for responsive documents. Specifically, it is estimated your request will involve a search by professional personnel of over 2,950 hours. In accordance with 28 C.F.R. §16.11 (c)(1)(ii), the estimated fee for this search will be over $82,600.00.

It has also been estimated your request involves the duplication of ten thousand (10,000) pages of documents. In accordance with 28 C.F.R., §16.11, the duplication fee for this request is $1,000.00 (.10 cents per page).

In accordance with 28 C.F.R. § 16.11 (i)(2), you will need to make an advance payment of $83,600.00 by check or money order, made payable to the **Treasury of the United States**, before we can begin processing your request. In the alternative, you can narrow the scope of your request to meet your needs at a lower cost.

In accordance with 28 C.F.R. §16.11(e), until a payment is made, or you reformulate what you seek, this request will not be considered as received and no further action will be taken.

You have thirty days from receipt of this letter to submit payment. Please refer to the above referenced request number in future correspondence concerning this request.

Sincerely,

Wanda M. Hunt, Chief
FOIA/PA Section

**<u>Attachment C</u>**

**McGuireWoods LLP**
Bank of America Tower
50 North Laura Street
Suite 3300
Jacksonville, FL 32202-3661
Phone: 904.798.3200
Fax: 904.798.3207
www.mcguirewoods.com

Stephanie C. Howell, CLA
Direct: 904.798.3292

# MCGUIREWOODS

schowell@mcguirewoods.com
Direct Fax: 904.798.3207

June 11, 2004

Wanda M. Hunt, Chief
FOIA/PA Section
Federal Bureau of Prisons
320 First Street, N.W.
Room 841, HOLC Building
Washington, D.C. 20534

     RE:    FOIA Request No. 2004-04904

Dear Ms. Hunt:

     We are in receipt of your letter dated May 13, 2004, in response to our FOIA Request submitted electronically on March 22, 2004. Please be advised that we are in the process of amending our FOIA request and ask that **no further action be taken by your department at this time**.

     Thank you and please do not hesitate to contact me should you have any questions concerning this matter.

     Sincerely yours,

     Stephanie C. Howell, CLA
     Paralegal

/sch

cc:   David M. Wells, Esq.
      Edward M. Whelan, Esq.

# **<u>Attachment D</u>**

*Look up Request! (x6)*  *2004-4904*

**McGuireWoods LLP**
Bank of America Tower
50 North Laura Street
Suite 3300
Jacksonville, FL 32202-3661
Phone: 904.798.3200
Fax: 904.798.3207
www.mcguirewoods.com

**Stephanie C. Howell, CLA**
Direct: 904.798.3292

# McGuireWoods

schowell@mcguirewoods.com
Direct Fax: 904.798.3207

July 7, 2004

**Via Certified Mail**

Wanda M. Hunt, Chief
FOIA/PA Section
Federal Bureau of Prisons
320 First Street, N.W.
Room 841, HOLC Building
Washington, DC 20534

RE:    FOIA Request No. 2004-04904

Dear Ms. Hunt:

As stated in our June 11, 2004, letter to you, we have amended our FOIA request that was initially submitted electronically on March 22, 2004. Attached hereto as Exhibit A, is our firm's amended FOIA Request which we would appreciate your office processing as soon as possible.

Thank you and please do not hesitate to contact me at (904)798-3292, should you have any questions concerning this matter.

Sincerely yours,

*Stephanie C Howell*

Stephanie C. Howell, CLA
Paralegal

/sch

cc:    David M. Wells, Esq.
Edward M. Whelan, Esq.

\\COM\428529.1



# "EXHIBIT A"

Bank
50

**The facilities referenced in this FOIA request are:**

**FCI Yazoo City  ( referred to as the "Older Facility")**
**Post Office Box 5050**
**Yazoo City, Mississippi 39194**
**Facility Code: YAZ**


**FCI Yazoo City (referred to as the "Newer Facility")**
**4570 Racetrack Road**
**Post Office Box 47**
**Yazoo City, Mississippi 39196**


*Documents Requested:*

1.    Any soil reports or geotechnical reports prepared for the construction of the Older Facility.  These requested reports are the reports prepared for the owner by a geotechnical firm prior to construction.

2.    Requests for Proposals prepared by or on behalf of the Federal Bureau of Prisons ("FBOP") concerning the construction of the Older Facility.

3.    Any claims submitted by the contractor who constructed the Older Facility. This includes any claims based on differing site conditions.

4.    Any time extensions or change orders related to weather delays granted to the contractor who constructed the Older Facility.

5.    Any bids or proposals submitted by contractors on either of the above facilities.

6.    Any analysis performed by FBOP related to bids submitted on the Older Facility.

7.    Any analysis performed by FBOP related to bids submitted on the Newer Facility.

8.    Any questions received from any bidder (proposer) on the Older Facility.

9.    Any questions received from any bidder (proposer) on the Newer Facility.

10.   Copies of electronic photographs depicting the construction of either of the facilities. This request is only for copies of photographs that are stored electronically and is <u>NOT</u> a request for paper copies of photographs.

\\COM\397945.2

# Attachment E



**U.S. Department of Justice**

Federal Bureau of Prisons

OCT **2 0** 2004                    ATTN: FOI/PRIVACY OFFICE

Stephanie C. Howell                    *Washington, D.C. 20534*
CLA, McGuire Woods, LLP                For Further Inquiry Contact:
50 North Laura Street                  Federal Bureau of Prisons
Suite 3300                             320 First Street, N.W.
Jacksonville, FL 32202                 Room 841, HOLC Building
                                       Washington, D.C. 20534

RE: Request No. 2004-04904

Dear Ms. Howell:

    This letter is in response to your amended Freedom of
Information Act (FOIA) request for the facilities referenced
below:

    1) FCI Yazoo City
       (Referred to as the "Older Facility")
       Post Office Box 5050
       Yazoo City, Mississippi 39194
       Facility Code: YAZ

    2) FCI Yazoo City
       (Referred to as the "Newer Facility")
       4570 Racetrack Road
       Post Office Box 47
       Yazoo City, Mississippi 39196

Further, you requested the following information:

    1) Any soil reports or geotechnical reports prepared for the
construction of the Older Facility.  These requested reports are
the reports prepared for the owner by a geotechnical firm prior
to construction.

    2) Requests for Proposals prepared by or on behalf of the
Federal Bureau of Prisons (FBOP) concerning the construction of
the Older facility.

    3) Any claims submitted by the contractor who constructed
the Older facility.  This includes any claims based on differing
site conditions.

    4) Any time extensions or change orders related to weather
delays granted to the contractor who constructed the Older
facility.

5) Any bids or proposals submitted by contractors on wither of the above facilities.

6) Any analysis performed by FBOP related to bids submitted on the Older facility.

7) Any analysis performed by FBOP related to bids submitted on the Newer Facility.

8) Any questions received from any bidder (proposer) on the Older Facility.

9) Any questions received from any bidder (proposer) on Newer Facility.

10) Copies of electronic photographs depicting the construction of either of the facilities.  This request is only for copies of photographs that are stored electronically and is not a request for paper copies of photographs.

It has been determined your request will involve a lengthy search for responsive documents.  Specifically, it is estimated your request will involve a search by professional personnel of more than 1,550 hours.  In accordance with 28 C.F.R. §16.11 (c)(1)(ii), the estimated fee for this search will be more than $43,400.00.

It has also been estimated your request involves the duplication of more than seven thousand (7000) pages of documents.  In accordance with 28 C.F.R., §16.11, the duplication fee for this request is $700.00 (.10 cents per page).

In accordance with 28 C.F.R. § 16.11 (i)(2), you will need to make an advance payment of $44,100.00 by check or money order, made payable to the **_Treasury of the United States_**, before we can begin processing your request.  In the alternative, you can narrow the scope of your request to meet your needs at a lower cost.

In accordance with 28 C.F.R. §16.11(e), until a payment is made, or you reformulate what you seek, this request will not be considered as received and no further action will be taken.

You have thirty days from receipt of this letter to submit payment.  Please refer to the above referenced request number in future correspondence concerning this request.

Sincerely,

Wanda M. Hunt, Chief
FOIA/PA Section

**Attachment F**

**McGuireWoods LLP**
Bank of America Tower
50 North Laura Street
Suite 3300
Jacksonville, FL 32202-3661
Phone: 904.798.3200
Fax: 904.798.3207
www.mcguirewoods.com

**Edward M. Whelan**
Direct: 904.798.3225

# McGuireWoods

ewhelan@mcguirewoods.com

November 9, 2004

**Via Facsimile (202) 307-0828
& U.S. Mail**

Wanda M. Hunt, Chief
FOIA/PA Section
U.S. Department of Justice
Federal Bureau of Prisons
320 First Street, N.W.
Room 841, HOLC Building
Washington, DC  20534

*RXG*

      Re:    FOIA Request No. 2004-04904

Dear Ms. Hunt:

    I am in receipt of your October 20, 2004 letter which is a response to the above FOIA request. As you know, the FOIA request contains 10 separate requests for documents. These requests are very specific. In response to the FOIA requests, you claim that the estimated fee for the search for the 10 requested documents if $43,400 and that it will require more than 1,550 hours. I spoke with your assistant, Ruth Lee Gowens, last week in an attempt to understand how you could claim that it would take one person working full time for over 38 weeks to pull the documents responsive to the 10 request. The only answer I received was that the files were marked for destruction so that they are not well organized.

    Your letter fails to provide any information to evaluate how the Federal Bureau of Prisons ("FBOP") has estimated that it will take 1,550 hours. In essence, the FBOP is stating that it will take one individual working 40 hours a week for over 38 months to respond to 10 specific requests. This is, on its face, extremely unreasonable. In an effort to resolve this matter, I request the following information from the FBOP regarding the above FOIA:

    (1)    A listing of the volume of documents. The volume of documents can be stated either by reference to the number of boxes or the number of file drawers.

    (2)    Statement of the number of hours that the FBOP anticipates for each individual request. By having this information I can determine what request(s) the FBOP is claiming as responsible for the 1,550 hours.

    The FBOP's October 20, 2004 response to my amended FOIA request does not provide sufficient information for me to evaluate FBOP's claim that it will take 1,550 hours to search for the requested documents. Please provide the above information so that I can evaluate your claim that it will cost over $43,000 to respond to 10 requests for documents.

Wanda M. Hunt, Chief
FOIA/PA Section, Federal Bureau of Prisons
November 9, 2004
Page 2


      As an alternative to resolve this issue, I would be willing to review the documents personally, at your location, in order to locate the requested documents. Once the FBOP has advised me as to the volume of documents, I can then advise you as to the amount of time I would need to review the documents.

      I look forward to hearing from you.

                        Very truly yours,

                        Edward M. Whelan

EMW/sjd

# **<u>Attachment G</u>**

**McGuireWoods LLP**
Washington Square
1050 Connecticut Avenue N.W.
Suite 1200
Washington, DC 20036-5317
Phone: 202.857.1700
Fax: 202.857.1737
www.mcguirewoods.com

Tenley A. Carp
Direct: 202.857.1741

# McGuireWoods

tcarp@mcguirewoods.com
Direct Fax: 202.828.2969



December 17, 2004

***Via Facsimile: (202) 514-1009
and U.S. Mail***

Mr. Richard L. Huff
Co-Director
Office of Information and Privacy
United States Department of Justice
Washington, D.C. 20530-0001

   Re: **FREEDOM OF INFORMATION ACT APPEAL**

Dear Mr. Huff:

   This letter serves to appeal the decision of the Federal Bureau of Prisons ("FBOP")'s decision dated October 20, 2004 in response to McGuireWoods' amended Freedom of Information Act ("FOIA") request now identified as No. 2004-04904. This appeal is timely filed pursuant to 28 C.F.R. §16.9 in that this appeal will be received by your office within 60 calendar days of the date of the letter denying our request.

   McGuireWoods LLP first filed its FOIA request electronically with the FBOP on March 18, 2004 (Attachment 1 – Electronic Filing of FOIA Request by McGuireWoods LLP dated March 18, 2004). Nearly two months later, on May 13, 2004, the FBOP replied to our FOIA request by sending us a letter stating that "[i]t has been determined that your request will involve a search by professional personnel of over 2,950 hours" and that "the estimated fee for this search will be over $82,600.00." The FBOP also estimated that this request would involve the duplication of "ten thousand (10,000) pages of documents" and that the fee for the copies would be $1,000.00. In short, the FBOP requested an advance payment in the amount of $83,600.00 to begin processing our request. (Attachment 2 – Letter from the FBOP dated May 13, 2004).

   On June 11, 2004, McGuireWoods sent the FBOP a letter stating that it was in the process of revising its FOIA request. (Attachment 3 – Letter from McGuireWoods LLP dated June 11, 2004). On July 7, 2004, McGuireWoods LLP sent a letter addressed to the FBOP with the amended FOIA request and asked that the request be processed as soon as possible. (Attachment 4 – Letter from McGuireWoods LLP dated July 7, 2004).

   After waiting for more than six weeks without hearing back from the FBOP, we directed Ms. Stephanie C. Howell, a paralegal with our firm, to inquire as to the status of our FOIA request. Ms. Stephanie C. Howell attempted to reach Ms. Ruthlee Gowins, the FBOP FOIA

December 17, 2004
Page 2

Chief's assistant, but to no avail. In fact, Ms. Howell left messages on August 30, 2004, August 31, 2004, September 16, 2004, October 8, 2004, October 12, 2004 and October 13, 2004 which were not returned by Ms. Gowins. (Attachment 5 – McGuireWoods LLP Log of Telephone Calls).[1] Finally, on October 19, 2004, Ms. Howell spoke with Ms. Gowins at which time Ms. Gowins advised her that the new search fee would still be in an amount greater than $40,000.00.

The next day, on October 20, 2004, we received a letter from the FBOP that effectively denied our request. (Attachment 6 – Letter from the FBOP dated Oct. 20, 2004). The letter stated that our request would require "a search by professional personnel of more than 1,550 hours" with an estimated fee of "more than $43,400.00" plus duplication of "more than seven thousand (7000) pages of documents" at a cost of $700.00. The letter instructed us to make an advance payment of $44,100.00 to enable FBOP to begin processing our request.

In response to this letter, McGuireWoods attempted to speak with the FBOP personnel to understand how the search for 10 specific requests could take the equivalent of one individual working 40 hours per week over 38 months to respond to such requests. The only explanation we received from Ms. Ruthlee Gowins was that the files were marked for destruction and, therefore, they were not well organized.[2]

On November 9, 2004, we sent a letter to the FBOP requesting a more detailed substantiation of its estimates to help us to reformulate our request. In this letter, we stated our belief that the FBOP's estimate of a search taking more than 1,550 hours with an estimated fee of $44,100.00 was extremely unreasonable. (Attachment 7 – Letter from McGuireWoods LLP dated Nov. 9, 2004). In an effort to resolve this matter, we requested the following information:

> (1) A listing of the volume of documents – stated either by reference to the number of boxes or the number of file drawers; and

> (2) A statement of the number of hours that FBOP anticipates for each individual request.

We also offered to review the documents at FBOP personally, rather than waiting for FBOP personnel to perform the review.

Unfortunately, we have not heard back from FBOP in the last five and a half weeks. We believe that we have taken reasonable steps to attempt to reformulate our request by asking FBOP to explain how it arrived at its estimation of 1,550 hours, but we have been completely ignored. We waited until the last possible day to file this appeal because we remained hopeful that we could work this out with the FBOP without resorting to litigation.

According to the FBOP's own regulations, FBOP has the duty to ensure that searches are performed in the most efficient and least expensive manner possible:

---

[1] Mr. Edward M. Whelan, Partner of the firm, also left a message with Mr. Ron Hill, the FOIA Administrator Supervisor, in an attempt to get a response/explanation. Mr. Hill did not provide any explanation as to how the 10 requests will cost over $40,000. (Attachment 5 - McGuireWoods LLP Log of Telephone Calls).
[2] We are confident that FBOP will not actually destroy such documents at this time since they are the subject of a pending FOIA request. 28 C.F.R. §16.10.

December 17, 2004
Page 3

> Search means the process of looking for and retrieving records
> or information responsive to a request. It includes page-by-page or
> line-by-line identification of information within records and also
> includes reasonable efforts to locate and retrieve information from
> records maintained in electronic form or format. Components shall ensure   that
> searches are done in the most efficient and least expensive manner
> reasonably possible. For example, components shall not search line-by-line
> where duplicating an entire document would be quicker and less expensive.
> 28 C.F.R. § 16.11(b)(8) (emphasis added).

It is hard to believe that the FBOP can not perform this search in a more efficient and less expensive manner than the estimate provided to us in the October 20, 2004 letter. Furthermore, as FBOP regulations set forth:

> …In cases in which a requester has been notified that actual or estimated fees
> amount to more than $25.00, the request shall not be considered received and
> further work shall not be done on it until the requester agrees to pay the
> anticipated total fee. Any such agreement should be memorialized in writing.  A
> notice under this paragraph will offer the requester an opportunity to discuss
> the matter with Department personnel in order to reformulate the request to
> meet the requester's needs at a lower cost. 28 C.F.R. §16.11(e) (emphasis
> added).

We believe that the FBOP's October 20, 2004 letter in combination with its behavior over the past nine months constitutes an effective denial of our FOIA request.  The FBOP's estimate of 1,550 hours of searching and costs of $44,100 for 10 specific FOIA requests is extremely unreasonable, especially absent any detailed substantiation for those estimates. Courts have only upheld seemingly high estimated search fees where agencies have fully substantiated such estimates and rebutted the presumption that such fees are exorbitant. See, National Treasury Employees Union v. Griffin, 258 U.S. App. D.C. 302, 811 F.2d 644 (D.C. Cir. 1987).  The FBOP has not done that here.  Nor has the FBOP provided us with an opportunity to discuss how to reformulate this request to meet our needs at a lower cost.

Therefore, we respectfully appeal the FBOP's denial of our FOIA request and request your office to order the FBOP to:

1.  Provide us with an estimated number of boxes and/or file drawers to be
    searched for responsive documents; and

2.  Provide us with an estimate for the amount of time it would take the
    FBOP to answer each individual request; and

3.  Permit us to perform the review at the FBOP at a mutually agreed upon
    time and place; or

December 17, 2004
Page 4

    4.   Discuss with us how the FBOP substantiated its estimated search fees for the purpose of allowing us to reformulate our request to meet our needs at a lower cost.

Thank you in advance for your prompt attention to this matter.

Sincerely,

Tenley A. Carp, Esq.
Partner

cc:    Mr. Ron Hill, Administrative Supervisor, FOIA, Federal Bureau of Prisons
       Ms. Wanda Hunt, Chief FOIA/PA Section, Federal Bureau of Prisons
       Edward M. Whelan, Esq., McGuireWoods LLP

<u>Attachment 1</u>

Electronic Filing of FOIA
Request by McGuireWoods LLP
dated March 18, 2004

**Howell, Stephanie C.**

| | |
|---|---|
| **From:** | OGC Electronic Freedom of Information [ogc_efoia@bop.gov] |
| **Sent:** | Thursday, March 18, 2004 11:12 AM |
| **To:** | schowell@mcguirewoods.com |
| **Subject:** | Re: Form posted from Microsoft Internet Explorer. |

Your request for information has been received. Please read the following information carefully as this may be the only response you receive from this office.

Inmate Records:
Inmate register numbers, age, race, sex, projected release date and location, or date released can be found on the BOP website via the Inmate Locator at:

http://inmateloc.bop.gov/locator/FindInmateHttpServlet

The website contains information on the current prison population and on inmates released from 1982 - present. If your request is for information available on the website, this is the only response you will receive.
If you are unable to access the information via the website you may resubmit your request, however, please specify that you were unable to
obtain the information from the website.  In order that we may continue to provide needed information in a quick and efficient manner, please also indicate why you could not obtain the information from the site.

Additionally, the database we use in our office to search for inmate information is the same database used on our website.  If your search results in "NO RECORD FOUND," there is no further search our office can
conduct that will provide a different response.


Requests for records maintained on non-inmate persons:
Requests for information on an individual cannot be processed without a current, original release Authorization from that person that is either notarized or contains a penalty of perjury statement.  For your convience, you may use form DOJ-361, which can be found on the BOP website for a release authorization. This request must be submitted in writing to:

FOIA/PA Office
320 First Street, N.W.
Washington, D.C. 20534

This is the only response you will receive to such requests.

Requests for information not related to an individual:
All other requests will be processed and a response forwarded as soon as possible.

>>> schowell 03/18/04 11:11 >>>

1=March 18, 2004
2=Stephanie C. Howell, CLA, McGuire Woods, LLP
address1=50 North Laura Street
address2=Suite 3300
city=Jacksonville
state=FL
zip=32202
email=schowell@mcguirewoods.com
telephone=904-798-3292
fax=904-798-3207
S1=The facilities referenced in this FOIA
request are:

1. FCI Yazoo City
(referred to as the "Older Facility")
Post Office Box 5050

**The facilities referenced in this FOIA request are:**

**FCI Yazoo City ( referred to as the "Older Facility")**
**Post Office Box 5050**
**Yazoo City, Mississippi 39194**
**Facility Code: YAZ**


**FCI Yazoo City (referred to as the "Newer Facility")**
**4570 Racetrack Road**
**Post Office Box 47**
**Yazoo City, Mississippi 39196**


*Documents Requested:*

1.    Any and all soil reports or soil information of any kind relating to either of the above facilities.

2.    Any and all geotechnical reports relating to either of the above facilities.

3.    Any and all Requests for Proposals relating to either of the above facilities.

4.    All correspondence, memoranda, transmittals or electronic mail to or from any contractor regarding the soils at either of the above facilities.

5.    All correspondence, memoranda, transmittals or electronic mail to or from any contractor regarding rain or weather delays at the Older Facility.

6.    All correspondence, memoranda, transmittals or electronic mail to or from any third party regarding differing site conditions, weather delays, changed conditions, muddy conditions or claims based on soil conditions related to the Older Facility.

7.    Any and all correspondence, memoranda, transmittals or electronic mail to or from Construction Management Support Services, including but not limited specifically to W.G. Yates and Sons Construction Company relating to the sols at either of the above facilities.

8.    Any and all change orders granting extensions for time for differing site conditions, changed conditions, weather delays, muddy conditions or soil conditions related to the Older Facility.

9.    Any and all change orders granting additional compensation for differing site conditions, changed conditions, muddy conditions or claims based on soil conditions related to the Older Facility.

10.     Any and all design documents related to or referencing the soils at either of the above facilities.

11.     Any and all memoranda, handwritten notes or e-mails referencing or related in any way to any claims made by any contractor concerning soils at either of the above facilities, including claims based on differing site conditions, changed conditions, muddy conditions or claims based on soil conditions.

12.     Any and all bids submitted on either of the above facilities including but not limited to all bid correspondence, bid reviews or bid analysis or Federal Bureau of Prison Estimates of cost of the work.

\\COM\397945.1

Attachment 2

Letter from the FBOP
dated May 13, 2004



**U.S. Department of Justice**

**Federal Bureau of Prisons**                    MAY **1 3** 2004

ATTN: FOI/PRIVACY OFFICE

_____

Stephanie C. Howell                    Washington DC 20534
CLA, McGuire Woods, LLP                For Further Inquiry Contact:
50 North Laura Street                  Federal Bureau of Prisons
Suite 3300                             320 First Street, N.W.
Jacksonville, FL 32202                 Room 841, HOLC Building
                                       Washington, D.C. 20534

RE: Request No. 2004-04904

Dear Ms. Howell:

    This letter is in response to your Freedom of Information
Act (FOIA) request for the facilities referenced below:

    1) FCI Yazoo City
       (Referred to as the "Older Facility")
       Post Office Box 5050
       Yazoo City, Mississippi 39194
       Facility Code: YAZ

    2) FCI Yazoo City
       (Referred to as the "Newer Facility")
       4570 Racetrack Road
       Post Office Box 47
       Yazoo City, Mississippi 39196

    Further, you requested the following information:

    1) Any and all soil reports or soil information of any kind
relating to either of the above facilities.

    2) Any and all geotechnical reports relating to either of
the above facilities.

    3) Any and all Requests for Proposals relating to either of
the above facilities.

    4) All correspondence, memoranda, transmittals or electronic
mail to or from any contractor regarding the soils at either of
the above facilities.

5) All correspondence, memoranda, transmittals or electronic mail to or from and contractor regarding rain or weather delays at the Older facility.

6) All correspondence, memoranda, transmittals or electronic mail to or from any third party regarding differing site conditions, weather delays, changed conditions, muddy conditions or claims based on soil conditions related to the Older Facility.

7) Any and all correspondence, memoranda, transmittals or electronic mail to or from Construction Management Support Services, including but not limited specifically to W.G. Yates and Sons Construction Company relating to the soils at either of the above facilities.

8) Any and all change orders granting extensions for time for differing site conditions, changed conditions, weather delays, muddy conditions or soil conditions related to the Older Facility.

9) Any and all change orders granting additional compensation for differing site conditions, changed conditions, muddy conditions or claims based on soil conditions related to the Older Facility.

10) Any and all design documents related to or referencing the soils at either of the above facilities.

11) Any and all memoranda, handwritten notes or e-mails referencing or related in any way to any claims made by any contractor concerning soils at either of the above facilities, including claims based on differing site conditions, changed conditions, muddy conditions or claims based on soil conditions.

12) Any and all bids submitted on either of the above facilities including but not limited to all bid correspondence, bid reviews or bid analysis or Federal Bureau of Prison Estimates of cost of the work.

It has been determined your request will involve a lengthy search for responsive documents. Specifically, it is estimated your request will involve a search by professional personnel of over 2,950 hours. In accordance with 28 C.F.R. §16.11 (c)(1)(ii), the estimated fee for this search will be over $82,600.00.

It has also been estimated your request involves the duplication of ten thousand (10,000) pages of documents.  In accordance with 28 C.F.R., §16.11, the duplication fee for this request is $1,000.00 (.10 cents per page).

In accordance with 28 C.F.R. § 16.11 (i)(2), you will need to make an advance payment of $83,600.00 by check or money order, made payable to the **Treasury of the United States,** before we can begin processing your request.  In the alternative, you can narrow the scope of your request to meet your needs at a lower cost.

In accordance with 28 C.F.R. §16.11(e), until a payment is made, or you reformulate what you seek, this request will not be considered as received and no further action will be taken.

You have thirty days from receipt of this letter to submit payment.  Please refer to the above referenced request number in future correspondence concerning this request.

Sincerely,

Wanda M. Hunt, Chief
FOIA/PA Section

Attachment 3

Letter from McGuireWoods LLP
dated June 11, 2004

**McGuireWoods LLP**
Bank of America Tower
50 North Laura Street
Suite 3300
Jacksonville, FL 32202-3661
Phone: 904.798.3200
Fax: 904.798.3207
www.mcguirewoods.com

Stephanie C. Howell, CLA
Direct: 904.798.3292

# McGuireWoods

schowell@mcguirewoods.com
Direct Fax: 904.798.3207

June 11, 2004

Wanda M. Hunt, Chief
FOIA/PA Section
Federal Bureau of Prisons
320 First Street, N.W.
Room 841, HOLC Building
Washington, D.C. 20534

RE:    FOIA Request No. 2004-04904

Dear Ms. Hunt:

We are in receipt of your letter dated May 13, 2004, in response to our FOIA Request submitted electronically on March 22, 2004. Please be advised that we are in the process of amending our FOIA request and ask that **no further action be taken by your department at this time**.

Thank you and please do not hesitate to contact me should you have any questions concerning this matter.

Sincerely yours,

Stephanie C. Howell, CLA
Paralegal

/sch

cc:    David M. Wells, Esq.
       Edward M. Whelan, Esq.

<u>Attachment 4</u>

Letter from McGuireWoods LLP
dated July 7, 2004

McGuireWoods LLP
Bank of America Tower
50 North Laura Street
Suite 3300
Jacksonville, FL 32202-3661
Phone: 904.798.3200
Fax: 904.798.3207
www.mcguirewoods.com

Stephanie C. Howell, CLA
Direct: 904.798.3292

**McGuireWoods**

schowell@mcguirewoods.com
Direct Fax: 904.798.3207

July 7, 2004

**Via Certified Mail**

Wanda M. Hunt, Chief
FOIA/PA Section
Federal Bureau of Prisons
320 First Street, N.W.
Room 841, HOLC Building
Washington, DC 20534

     RE:    FOIA Request No. 2004-04904

Dear Ms. Hunt:

     As stated in our June 11, 2004, letter to you, we have amended our FOIA request that was initially submitted electronically on March 22, 2004. Attached hereto as Exhibit A, is our firm's amended FOIA Request which we would appreciate your office processing as soon as possible.

     Thank you and please do not hesitate to contact me at (904)798-3292, should you have any questions concerning this matter.

     Sincerely yours,

     Stephanie C. Howell, CLA
     Paralegal

/sch

cc:    David M. Wells, Esq.
      Edward M. Whelan, Esq.

\\COM\428529.1

**"EXHIBIT A"**

**The facilities referenced in this FOIA request are:**

**FCI Yazoo City ( referred to as the "Older Facility")**
**Post Office Box 5050**
**Yazoo City, Mississippi 39194**
**Facility Code: YAZ**


**FCI Yazoo City (referred to as the "Newer Facility")**
**4570 Racetrack Road**
**Post Office Box 47**
**Yazoo City, Mississippi 39196**


*Documents Requested:*

1.     Any soil reports or geotechnical reports prepared for the construction of the Older Facility.  These requested reports are the reports prepared for the owner by a geotechnical firm prior to construction.

2.     Requests for Proposals prepared by or on behalf of the Federal Bureau of Prisons ("FBOP") concerning the construction of the Older Facility.

3.     Any claims submitted by the contractor who constructed the Older Facility. This includes any claims based on differing site conditions.

4.     Any time extensions or change orders related to weather delays granted to the contractor who constructed the Older Facility.

5.     Any bids or proposals submitted by contractors on either of the above facilities.

6.     Any analysis performed by FBOP related to bids submitted on the Older Facility.

7.     Any analysis performed by FBOP related to bids submitted on the Newer Facility.

8.     Any questions received from any bidder (proposer) on the Older Facility.

9.     Any questions received from any bidder (proposer) on the Newer Facility.

10.    Copies of electronic photographs depicting the construction of either of the facilities. This request is only for copies of photographs that are stored electronically and is <u>NOT</u> a request for paper copies of photographs.

\\COM\397945.2

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 If Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )  C. Date of Delivery 7/14/04 |
| 1. Article Addressed to:<br><br>Wanda M. hunt, chief<br>FOIA/PA section<br>federal bureau of prisons<br>320 first street, nw<br>room 841, HOLC building<br>Washington, DC 20534 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label)  7002 2030 0006 4705 1696 | |
| PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1035 | |



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To  Wanda M. hunt, chief
Street, Apt No.; FOIA/PA section, federal bureau of prisons
or PO Box No. 320 first street, nw, room 841, HOLC Bldg
City, State, ZIP+4  Washington, DC  20534

PS Form 3800, June 2002    See Reverse for Instructions

7002 2030 0006 4705 1696

Attachment 5

McGuireWoods LLP
Log of Telephone Calls

LOG OF TELEPHONE CALLS

8/30/04 SCH left vm msg for Ruthlee Gowins re response to FOIA Fee Request Ltr

8/31/04 SCH left vm msg

9/16/04 SCH left vm msg

10/8/04 Called Gowins re status and gave her fax and email to send me invoice

10/12/04 Left msg for Gowins told her we need docs for upcoming court deadlines

10/13/04 Left msg for Gowins re status

10/19/04 Spoke with Gowins who advised high search fee and what seeking is within guidelines – amount $40,000 plus

Rec'd 10/25/04 Second Response ($44K)

--------------------------------------------------------------------------------

Date Unknown – EMW Left msg for Ron Hill (FOIA Administrator Supervisor) prior to this made two calls to Gowins (leaving voice mail msgs re status)

Attachment 6

Letter from the FBOP
dated October 20, 2004



**U.S. Department of Justice**

**Federal Bureau of Prisons**

OCT **2 0** 2004                    ATTN: FOI/PRIVACY OFFICE
_____

Stephanie C. Howell                *Washington, D.C. 20534*
CLA, McGuire Woods, LLP            For Further Inquiry Contact:
50 North Laura Street              Federal Bureau of Prisons
Suite 3300                         320 First Street, N.W.
Jacksonville, FL 32202             Room 841, HOLC Building
                                   Washington, D.C. 20534

RE: Request No. 2004-04904

Dear Ms. Howell:

    This letter is in response to your amended Freedom of
Information Act (FOIA) request for the facilities referenced
below:

        1) FCI Yazoo City
           (Referred to as the "Older Facility")
           Post Office Box 5050
           Yazoo City, Mississippi 39194
           Facility Code: YAZ

        2) FCI Yazoo City
           (Referred to as the "Newer Facility")
           4570 Racetrack Road
           Post Office Box 47
           Yazoo City, Mississippi 39196

    Further, you requested the following information:

    1) Any soil reports or geotechnical reports prepared for the
construction of the Older Facility.  These requested reports are
the reports prepared for the owner by a geotechnical firm prior
to construction.

    2) Requests for Proposals prepared by or on behalf of the
Federal Bureau of Prisons (FBOP) concerning the construction of
the Older facility.

    3) Any claims submitted by the contractor who constructed
the Older facility.  This includes any claims based on differing
site conditions.

    4) Any time extensions or change orders related to weather
delays granted to the contractor who constructed the Older
facility.

5) Any bids or proposals submitted by contractors on wither of the above facilities.

6) Any analysis performed by FBOP related to bids submitted on the Older facility.

7) Any analysis performed by FBOP related to bids submitted on the Newer Facility.

8) Any questions received from any bidder (proposer) on the Older Facility.

9) Any questions received from any bidder (proposer) on Newer Facility.

10) Copies of electronic photographs depicting the construction of either of the facilities. This request is only for copies of photographs that are stored electronically and is not a request for paper copies of photographs.

It has been determined your request will involve a lengthy search for responsive documents. Specifically, it is estimated your request will involve a search by professional personnel of more than 1,550 hours. In accordance with 28 C.F.R. §16.11 (c)(1)(ii), the estimated fee for this search will be more than $43,400.00.

It has also been estimated your request involves the duplication of more than seven thousand (7000) pages of documents. In accordance with 28 C.F.R., §16.11, the duplication fee for this request is $700.00 (.10 cents per page).

In accordance with 28 C.F.R. § 16.11 (i)(2), you will need to make an advance payment of $44,100.00 by check or money order, made payable to the *Treasury of the United States*, before we can begin processing your request. In the alternative, you can narrow the scope of your request to meet your needs at a lower cost.

In accordance with 28 C.F.R. §16.11(e), until a payment is made, or you reformulate what you seek, this request will not be considered as received and no further action will be taken.

You have thirty days from receipt of this letter to submit payment.  Please refer to the above referenced request number in future correspondence concerning this request.

Sincerely,

Wanda M. Hunt, Chief
FOIA/PA Section

<u>Attachment 7</u>

Letter from McGuireWoods LLP
dated November 9, 2004

McGuireWoods LLP
Bank of America Tower
50 North Laura Street
Suite 3300
Jacksonville, FL 32202-3661
Phone: 904.798.3200
Fax: 904.798.3207
www.mcguirewoods.com

Edward M. Whelan
Direct: 904.798.3225

# McGUIREWOODS

ewhelan@mcguirewoods.com

November 9, 2004

***Via Facsimile (202) 307-0828***
***& U.S. Mail***

Wanda M. Hunt, Chief
FOIA/PA Section
U.S. Department of Justice
Federal Bureau of Prisons
320 First Street, N.W.
Room 841, HOLC Building
Washington, DC  20534

        Re:     FOIA Request No. 2004-04904

Dear Ms. Hunt:

        I am in receipt of your October 20, 2004 letter which is a response to the above FOIA request. As you know, the FOIA request contains 10 separate requests for documents. These requests are very specific. In response to the FOIA requests, you claim that the estimated fee for the search for the 10 requested documents if $43,400 and that it will require more than 1,550 hours. I spoke with your assistant, Ruth Lee Gowens, last week in an attempt to understand how you could claim that it would take one person working full time for over 38 weeks to pull the documents responsive to the 10 request. The only answer I received was that the files were marked for destruction so that they are not well organized.

        Your letter fails to provide any information to evaluate how the Federal Bureau of Prisons ("FBOP") has estimated that it will take 1,550 hours. In essence, the FBOP is stating that it will take one individual working 40 hours a week for over 38 months to respond to 10 specific requests. This is, on its face, extremely unreasonable. In an effort to resolve this matter, I request the following information from the FBOP regarding the above FOIA:

        (1)     A listing of the volume of documents. The volume of documents can be stated either by reference to the number of boxes or the number of file drawers.

        (2)     Statement of the number of hours that the FBOP anticipates for each individual request. By having this information I can determine what request(s) the FBOP is claiming as responsible for the 1,550 hours.

        The FBOP's October 20, 2004 response to my amended FOIA request does not provide sufficient information for me to evaluate FBOP's claim that it will take 1,550 hours to search for the requested documents. Please provide the above information so that I can evaluate your claim that it will cost over $43,000 to respond to 10 requests for documents.

Wanda M. Hunt, Chief
FOIA/PA Section, Federal Bureau of Prisons
November 9, 2004
Page 2


     As an alternative to resolve this issue, I would be willing to review the documents personally, at your location, in order to locate the requested documents.  Once the FBOP has advised me as to the volume of documents, I can then advise you as to the amount of time I would need to review the documents.

     I look forward to hearing from you.

                         Very truly yours,

                         Edward M. Whelan

EMW/sjd