UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE HASKELL COMPANY** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 05-1110 (RMC) |
| | ) |
| **U.S. DEPARTMENT OF JUSTICE,** *et. al.* | ) |
| | ) |
| **Defendants.** | ) |

ORDER

UPON CONSIDERATION of Defendants' Motion to Dismiss, the memorandum of points and authorities in support thereof, any opposition thereto, any reply, and the record herein, it is this ____day of _____, 2005,

ORDERED, that Plaintiff's complaint be, and hereby is, DISMISSED WITH PREJUDICE.

_____
UNITED STATES DISTRICT COURT JUDGE