UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HASKELL COMPANY )<br>111 Riverside Avenue )<br>Jacksonville, Florida 32202 )<br> )<br>       Plaintiff, )<br> )<br>       v. )<br> )<br>UNITED STATES DEPARTMENT )<br>OF JUSTICE )<br>950 Pennsylvania Avenue, N.W. )<br>Washington, D.C. 20530-0001 )<br> )<br>and )<br> )<br>ALBERTO GONZALEZ, in his )<br>official capacity as Attorney General )<br> )<br>       Defendants. )<br> )<br>_____ ) | Civil Action No. 05-1110 (RMC) |

**NOTICE OF ENTRY AND WITHDRAWAL OF ATTORNEY APPEARANCE**

    THE CLERK of the Court will please enter the appearance of Assistant United States Attorney Charlotte Abel as counsel of record for Defendant, and withdraw the appearance of Special Assistant United States Attorney Julia Douds as counsel of record.

                                                                              Respectfully submitted,

                                                                              _____

                                                                              CHARLOTTE A. ABEL, DC Bar #388582
                                                                              Assistant U.S. Attorney
                                                                              Judiciary Center Building
                                                                              555 Fourth St., N.W., Rm. E4410
                                                                              Washington, D.C. 20530
                                                                              (202) 307-2332

        _____
JULIA K. DOUDS
Special Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-5134
Julia.Douds@usdoj.gov