UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE HASKELL COMPANY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 05-1110 (RMC) |
| ) | |
| **U.S. DEPARTMENT OF JUSTICE,** *et al.* ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Please enter the appearance of William S. Foster, Jr. as counsel in this case for Plaintiff The Haskell Company.

   /s/ William S. Foster, Jr.
William S. Foster, Jr.
D.C. Bar No. 481572
Attorney for Plaintiff, The Haskell Company

MCGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
McLean, Virginia  22102-4215
703-712-5135
703-712-5296 (Facsimile)

DATE: **January 25, 2006**