UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HASKELL COMPANY )<br>111 Riverside Avenue )<br>Jacksonville, Florida 32202 )<br>   )<br>   Plaintiff, )<br>   )<br>   v. )<br>   )<br>UNITED STATES DEPARTMENT )<br>OF JUSTICE )<br>950 Pennsylvania Avenue, N.W. )<br>Washington, D.C. 20530-0001 )<br>   )<br>and )<br>   )<br>ALBERTO GONZALEZ, in his )<br>official capacity as Attorney General )<br>   )<br>   Defendants. )<br>   )<br>_____ ) | Civil Action No. 05-1110 (RMC) |

### NOTICE OF FILING

THE CLERK of the Court will please note the filing of Attachment H (attached), referenced in the Declaration of Ruthlee Gowins, paragraph 11. This filing is pursuant to a court order entered on March 9, 2006.

Respectfully submitted,

_____
CHARLOTTE A. ABEL, DC Bar #388582
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth St., N.W., Rm. E4410
Washington, D.C.  20530
(202) 307-2332