# Attachment H



**U.S. Department of Justice**

Office of Information and Privacy  *Kathlee*

---

Telephone: (202) 514-3642    Washington, D.C. 20530

JUL 1 2 2005

Tenley A. Carp, Esq.
McGuire Woods, LLP
Washington Square, Suite 1200         Re:  Appeal No. 05-0634
1050 Connecticut Avenue NW.                Request No. 2004-04904
Washington, DC  20036-5317                 RLH:BVE:NSQ

Dear Mr. Carp:

   You appealed from the action of the Central Office of the Federal Bureau of Prisons on your request for access to records as detailed in your March 18, 2004 request.

   I have been informed that, subsequent to the filing of your appeal with this Office, you filed a complaint for judicial review of the action of the BOP in the United States District Court for the District of Columbia.  Inasmuch as this matter is now before the Court, any action by this Office would be inappropriate.  I am, therefore, closing your appeal file in this Office pursuant to 28 C.F.R. § 16.9(a)(3)(2004).

                                    Sincerely,


                                    Richard L. Huff
                                    Co-Director

BOP