UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE HASKELL COMPANY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1110 (RMC) |
| ) | |
| **U.S. DEPARTMENT OF JUSTICE,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

**ORDER DISMISSING COMPLAINT**

This matter came before the Court on Defendants' motion to dismiss [Dkt. 7]. As explained in the Memorandum Opinion issued on this same date, it is hereby **ORDERED** that Defendants' motion to dismiss is **GRANTED**; and it is

**FURTHER ORDERED** that the complaint is **DISMISSED.** This is a final appealable order. Fed. R. App. P. 4(a).

**SO ORDERED**.

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge

DATE: March 13, 2006